AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis RESENDIZ-Rodriguez<br><br>Rosa Joaquina GONZALEZ-Corral<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  5:21-MJ-2573-DS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 06, 2021__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Brandy M. Ochoa-Hauser
*Complainant's signature*

Brandy M. Ochoa-Hauser, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: December 08, 2021

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
V.
Jose Luis RESENDIZ-Rodriguez, Rosa Joaquina GONZALEZ-Corral

**CRIMINAL COMPLAINT**

Case Number:

1. On December 6, 2021, Laredo Sector Focused Investigations Anti-Smuggling Team (LRT FIST) Agents performed covert surveillance at a home on the 500th block of Garza Street in Laredo, Texas in Webb County. LRT FIST Agents had previously received information indicating that the aforementioned residence was being utilized to harbor undocumented non-citizens.

2. At approximately 3:10 p.m., Agents observed a green Chevrolet Trailblazer arrive at the residence. Two occupants, later identified as Jose Luis Resendiz-Rodriguez and Rosa Joaquina Gonzalez-Corral, exited the vehicle and entered the home. Approximately 20 minutes later, Gonzalez-Corral entered the Trailblazer's driver door and departed the residence. Agents maintained visual of the Trailblazer and requested assistance for a vehicle stop from Precinct two Webb County Constable's Office (WCCO) Deputies.

3. Shortly after, WCCO Deputies performed a vehicle stop on the Trailblazer at the intersection of Main Avenue and Callaghan Street for no vehicle insurance and dark tint. Gonzalez-Corral was issued a citation for no insurance and no driver's license by WCCO Deputies. During the vehicle stop, an Agent approached Gonzalez-Corral and conducted a field interview. Gonzalez-Corral admitted to the Agent that she arrived at the residence on the 500th block of Garza Street with her boyfriend Jose Luis Resendiz-Rodriguez. Gonzalez-Corral was asked about other individuals in the residence, and she stated, "They are people waiting to move north". She further stated Resendiz-Rodriguez was at the residence watching and taking care of approximately 10 individuals. She proceeded to offer verbal consent to enter and search the residence and voluntarily offered the key to the front door of the residence.

4. At approximately 4:00 p.m., LRT FIST Agents, Laredo Sector Special Operations Detachment (SOD) Agents, Webb County Attorney's Office (WCAO), and WCCO Deputies performed a knock and talk at the residence on Garza Street. Resendiz-Rodriguez was observed through a screen door and was asked to exit the residence. SOD Agents entered the residence and encountered multiple people in the residence. An immigration inspection was performed of 11 subjects found in the residence and determined they were all illegally present in the United States. Resendiz-Rodriguez was placed under arrest and transported to the Laredo South Border Patrol station (LRS) for further processing. The 11 undocumented non-citizens were transported to LRS to be processed accordingly.

5. Due to two minor grandchildren traveling with Gonzalez-Corral and no adult to care for the children, she was released on scene at the intersection of Maine Avenue and Callaghan Street for humanitarian reason and family unity.

6. Resendiz-Rodriguez exercised his right to legal counsel. Interview was terminated and no further questions were asked.

7. Materiel Witness: Mycol Sahon-Cumez a citizen of Guatemala, stated his final destination was Tennessee and his father made the arrangements in Guatemala. Sahon-Cumez affirmed he crossed the Rio Grande River on December 4, 2021 and walked for a couple hours. He was then picked up by a pickup truck and taken to a house where there was a total of 11 people. He further stated it was the same house he was arrested at. Sahon-Cumez mentioned that an older male and a short female with painted hair would check on them and provide water. Sahon-Cumez claimed that both the male and the female were aware that they were undocumented non-citizens. Sahon-Cumez was presented with a six-person photo line-up of Resendiz-Rodriguez and Gonzalez-Corral. Sahon-Cumez positively identified them both as the caretakers.

8. Material Witness: Elias Santiago-Chinol a citizen of Guatemala, stated he made arrangements in Guatemala to pay 98,000 Guatemalan Quetzal to reach his intended destination of Houston, Texas. Santiago-Chinol stated that on or about December 3, 2021, he crossed the Rio Grande River. Santiago-Chinol mentioned he was picked up by a pickup truck and taken to the house he

was arrested in. Santiago-Chinol stated that an older male and a short female with blonde hair would take them food and water. Santiago-Chinol was presented with a six-person photo line-up of Resendiz-Rodriguez and Gonzalez-Corral. Santiago-Chinol positively identified them both as the caretakers.

SUBSCRIBED and SWORN to before me on **by telephone**.

__8th__ day of __December, 2021__

_____  
Signature of Judicial Officer

/S/ Ochoa-Hauser, Brandy M.    Border Patrol Agent  
Signature of Complainant